No. 725. SCHIPANI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Jacob P. Lefkowitz* and *Abraham Glasser* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States.

No. 897. YOUNGE *v.* STATE BOARD OF REGISTRATION FOR THE HEALING ARTS. Sup. Ct. Mo. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Morris A. Shenker* and *Murry L. Randall* for petitioner. *John C. Danforth,* Attorney General of Missouri, and *Albert J. Stephan, Jr.,* for respondent.

No. 932. NATIONAL ASSOCIATION OF THEATRE OWNERS ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Marcus Cohn* for petitioners. *Solicitor General Griswold, Assistant Attorney General McLaren, Henry Geller, John H. Conlin,* and *Lenore G. Ehrig* for Federal Communications Commission, and *Harold David Cohen* and *J. Laurent Scharff* for Zenith Radio Corp. et al., respondents.

No. 955. GOLDWASSER *v.* SEAMANS, SECRETARY OF THE AIR FORCE, ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Lawrence Speiser* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Robert V. Zener,* and *Norman G. Knopf* for respondents.